## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| Ryan Guhr,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC,<br><br>    Defendant. | Case No.: 2:25-cv-02048 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LVNV FUNDING, LLC

  COMES NOW, Plaintiff Ryan Guhr, by and through his attorneys, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant LVNV Funding, LLC shall be and hereby is voluntarily dismissed without prejudice, with each side to bear its own fees and costs.

                    Respectfully submitted,

06/06/2025               /s/ James R. Crump
Date                   James R. Crump #78704
                      Ryan M. Callahan #25363
                      **Callahan Law Firm, LLC**
                      222 W. Gregory Blvd., Suite 210
                      Kansas City, MO 64114-1138
                      Ph: 816-822-4041
                      james@callahanlawkc.com
                      ryan@callahanlawkc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of June, 2025, a true and correct copy of the above and foregoing was filed electronically with the Clerk of the court, which will automatically notify all counsel of record.

                      /s/ James R. Crump
                      Attorney for Plaintiff